

**Maria C. Mannarino**
Managing Associate

maria.mannarino@dentons.com

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

> The application is GRANTED. The initial pre-trial conference scheduled for May 13, 2021, is **adjourned** to **June 3, 2021, at 11:00 a.m.,** on the following conference call line: 888-363-4749, access code 558-3333. The parties are reminded that their pre-conference materials are due seven (7) days prior, or **May 27, 2021**.
>
> SO ORDERED
>
> Dated: May 6, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

May 4, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Calcano v. Clubs of America, Inc.: Case No. 1:21-cv-02069

Dear Judge Schofield:

We represent defendant Clubs of America, Inc. ("Defendant") in the above-referenced matter. We, jointly with counsel for plaintiff Marcos Calcano, respectfully move this Court to adjourn the Initial Pretrial Conference, currently scheduled for May 13, 2021 at 11:00 a.m., to a date and time of the Court's convenience sometime following Defendant's deadline to respond to plaintiff's complaint, which is currently set at June 1, 2021 (Doc. 11). There have been no prior requests for adjournment.

The parties are communicating to explore the possibility of bringing about the voluntary dismissal of all claims asserted in this action without further litigation, and, as such, the requested adjournment will conserve Court and party resources at this time. This Court approved the most recent extension to respond to the plaintiff's complaint on April 29, 2021.

Respectfully submitted,

*/s/ Maria C. Mannarino*
Maria C. Mannarino

cc: All counsel of record (by ECF)